**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, et al.,** | **8:13CV331** |
| **Plaintiffs,** | |
| **vs.** | **ORDER** |
| **HIPNAR ELECTRIC COMPANY,** | |
| **Defendant.** | |

This matter is before the court sua sponte, and pursuant to NECivR 41.2, which states in pertinent part:  "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

In this case the complaint was filed on November 12, 2013.  **See** Filing No. 1. The plaintiffs sought a summons on January 17, 2014, serving the defendant on January 22, 2014.  **See** Filing Nos. 6-7.  The defendant has not appeared in this case. No answer or any other document has been filed in the case.  It remains the plaintiffs' duty to go forward in prosecuting the case.  Accordingly, the plaintiffs shall have an opportunity to move for clerk's entry of default pursuant to Fed. R. Civ. P. 55 and NECivR 55.1(a), as appropriate, against the defendant, or otherwise show cause why this action should not be dismissed.

**IT IS ORDERED**:

The plaintiffs have until the **close of business on March 28, 2014**, to file a motion for clerk's entry of default against the defendant or show cause why this case should not be dismissed for failure to prosecute.

Dated this 6th day of March, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge